FILED

08 JUN 18 PM 3:05

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 2040 W |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 18, U.S.C., Sec. 2113(a) - Bank Robbery |
| JOHN MICHAEL VREELAND, | |
| Defendant. | |

The grand jury charges:

On or about June 2, 2008, within the Southern District of California, defendant JOHN MICHAEL VREELAND, by force, violence and intimidation, did unlawfully take from the person and presence of an employee of California Bank and Trust, 525 B Street, Suite 100, San Diego, California, the sum of approximately $480.00, belonging to and in the care, custody, control, management, and possession of California Bank and Trust, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Sections 2113(a).

DATED: June 18, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney

CPH:em:San Diego
6/17/08