1
2
3
4
5
6
7

**FILED**
SEP 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

8               UNITED STATES DISTRICT COURT
9               SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      )  Criminal No. 08cr2040 W
                                   )
11              Plaintiff,         )  **CONSENT TO RULE 11 PLEA IN A**
                                   )  **FELONY CASE BEFORE UNITED**
12  v.                             )  **STATES MAGISTRATE JUDGE**
                                   )
13  JOHN MICHAEL VREELAND,         )
                                   )
14              Defendant.         )
15  _____)

16      I have been advised by my attorney and by the United States
17  Magistrate Judge of my right to enter my plea in this case before
18  a United States District Judge.  I hereby declare my intention to
19  enter a plea of guilty in the above case, and I request and
20  consent to have my plea taken by a United States Magistrate Judge
21  pursuant to Rule 11 of the Federal Rules of Criminal Procedure.
22      I understand that if my plea of guilty is taken by the
23  United States Magistrate Judge, and the Magistrate Judge
24  recommends that the plea be accepted, the assigned United States
25  District Judge will then decide whether to accept or reject any
26  plea agreement I may have with the United States and will
27  adjudicate guilt and impose sentence.
28      I further understand that any objections to the Magistrate

Judge's findings and recommendation must be filed within 14 days of the entry of my guilty plea.

Dated: 9/2/08

JOHN MICHAEL VREELAND
Defendant

Dated: 9/2/08

FRANK M. MANGAN
Attorney for Defendant

The United States Attorney consents to have the plea in this case taken by a United States Magistrate Judge pursuant to Criminal Local Rule 11.2.

Dated: 9/2/08

Assistant United States Attorney

K:\COMMON\CSA\forms\2005\consents.wpd                                    08MJ1777